UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUSTICE ACTION CENTER, | No. 2:20-cv-06982-DMG-SK |
| Plaintiff, | **DISMISSAL ORDER [75]** |
| v. | Hon. Dolly M. Gee |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | Chief United States District Judge |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice.

Dated: December 12, 2024

_____
DOLLY M. GEE
Chief United States District Judge

1